# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| v. | ] | 7:24-cr-73-ACA-JHE-1 |
| | ] | |
| MICHAEL ANTHONY RAY, | ] | |
| | ] | |
| Defendant. | ] | |

## ORDER

Defendant Michael Anthony Ray moves to suppress evidence obtained from and statements resulting from a search of his home. (Doc. 20). The magistrate judge issued a report recommending that the court deny the motion on the grounds that probable cause supported the search warrant and even if it did not, the officers relied on the warrant in good faith. (Doc. 40). Mr. Ray objects to both recommendations. (Doc. 41). The court **OVERRULES** the objections, **ADOPTS** the report, **ACCEPTS** the recommendations, and **DENIES** the motion to suppress.

**DONE** and **ORDERED** this October 29, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE